UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADOLFO PATRICIO AGAPITO, et al.,
                      Plaintiffs,

-v-

AHDS BAGEL, LLC, et al.,
                      Defendants.

16-CV-8170 (JPO)

OPINION AND ORDER

J. PAUL OETKEN, District Judge:

    This case is temporarily stayed as to all Defendants pending bankruptcy proceedings against defendants AHDS Bagel LLC and 1101 Bagel Inc. Plaintiffs shall provide the Court with a status update within two weeks of any decision on their pending motion in bankruptcy court to lift the stay.

    SO ORDERED.

Dated: July 12, 2018
       New York, New York

                                            J. PAUL OETKEN
                                          United States District Judge